| | | | |
|---|---|---|---|
| Com. v. Thompson | 03/30/2016615 EAL (2015) | Denied | Pa.Super., 134 A.3d 102 |
| Com. v. Thompsoon | 03/23/2016711 EAL (2015) | Denied | Pa.Super., 134 A.3d 505 |
| Com. v. Weaver [25] .. | 03/30/20161 WAL (2016) | Denied | Pa.Super., 135 A.3d 653 |
| Com. v. White ...... | 03/24/2016688 EAL (2015) | Denied | Pa.Super., 135 A.3d 654 |
| Com. v. Whitney [26].. | 03/30/2016678 EAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Williams ... | 03/30/2016705 EAL (2015) | Denied | |
| Com. v. Wilson [27] ... | 03/23/2016972 MAL (2015) | Denied | Pa.Super., 134 A.3d 504 |
| Dougherty v. Erie Ins. Co. .......... | 03/23/2016968 MAL (2015) | Denied | Pa.Super., 133 A.3d 71 |
| E.R. v. J.N.B. [28] .... | 03/23/201672 MAL (2016) | Denied | Pa.Super., 129 A.3d 521 |
| Heim v. Merchants Ins. Group [29] ..... | 03/23/2016934 MAL (2015) | Denied | Pa.Super., 134 A.3d 484 |
| K.H. ex rel. H.S. v. Kumar; Devenyi, In re; Diverio, In re [30] ............ | 03/24/2016907–908 MAL (2015) | Denied | Pa.Super., 122 A.3d 1080 |

**25.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**26.** Justice WECHT did not participate in the consideration or decision of this matter.

**27.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**28.** Justice WECHT did not participate in the decision of this matter.

**29.** Reconsideration Denied May 3, 2016.

**30.** Justice WECHT did not participate in the consideration or decision of this matter.